# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Manchester United Football Club Limited, | Case Number: 24-cv-05692 |
| Plaintiff, | |
| v. | |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | Honorable Manish S. Shah |
| Defendants. | |

**(AGREED) FIRST MOTION OF DEFENDANT Guangzhou DOY Label Co., Ltd. FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES the Defendant, Guangzhou DOY Label Co., Ltd. ("Defendant"), through its undersigned counsel, and respectfully requests this Court extend the time by 21 days to file a response to the Complaint. In support:

1. This is the first motion for an extension of time filed by the Defendant.

2. The Defendant is in settlement negotiations with the Plaintiff.

3. The Defendant needs additional time to try and reach an agreement, or if not, respond to Plaintiff's Complaint.

4. This Court may, for good cause, extend the time by which Defendant's response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5. The Defendant respectfully requests this Court extend the date 21 days from the date of this filing on which Defendant must respond to Plaintiff's Complaint, if ultimately necessary, to September 3, 2024.

6. The Plaintiff does not object to this Motion.

WHEREFORE, for the foregoing reasons, Defendant Guangzhou DOY Label Co., Ltd. respectfully requests this Honorable Court enter an Order: Extending the date on which its response to Plaintiff's Complaint is due 21 days to September 3, 2024.

August 13, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　s/ Christopher Keleher

　　　　　　　　　　　　　　　　　Christopher Keleher
　　　　　　　　　　　　　　　　　The Keleher Appellate Law Group, LLC
　　　　　　　　　　　　　　　　　1 East Erie St., Suite 525
　　　　　　　　　　　　　　　　　Chicago, IL 60611
　　　　　　　　　　　　　　　　　312-448-8491
　　　　　　　　　　　　　　　　　ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on August 13, 2024 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com