# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| Manchester United Football Club Limited, | Case Number: 24-cv-5692 |
| Plaintiff, |  |
| v. |  |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | Hon. Manish S. Shah |
| Defendants. |  |

## (AGREED) NOTICE OF MOTION

Please take notice that on Wednesday, August 28, 2024, Defendant Guangzhou DOY Label Co., Ltd.., through the undersigned counsel, shall appear before the Honorable Manish S. Shah in Courtroom 1919 at 9:45 a.m. at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Defendants' Motion for Extension of Time.

August 13, 2024    Respectfully submitted,

          s/ Christopher Keleher

          Christopher Keleher
          The Keleher Appellate Law Group, LLC
          1 East Erie St., Suite 525
          Chicago, IL 60611
          312-448-8491
          ckeleher@appellatelawgroup.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies on August 13, 2024 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com