UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Manchester United Football Club Limited

Plaintiff,

v.

Case No.: 1:24−cv−05692

Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2024:

MINUTE entry before the Honorable Manish S. Shah: Although the court has under advisement motions to lift the asset restraint as to two defendants, based on the absence of any other timely filed objection to the motion for a preliminary injunction and the court's review of the materials submitted in support of the motion and the TRO, the motion [32] is granted. Enter Preliminary Injunction. The court will revisit the asset restraint upon reviewing plaintiff's response briefs due 8/21/24. Plaintiff is further reminded that if the court determines that the asset restraint was wrongful, plaintiff should be liable to defendants for the damages caused by the wrongful restraint. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.